# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **United States of America** | * |
| | *   Case No: 1:25-MJ-01901 |
| v. | * |
| | * |
| **Tonette L. Smith** | * |
| | * |

## NOLLE PROSEQUI

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, the United States files the instant *nolle prosequi* of all offenses in the above captioned case.

Respectfully submitted,

BY:

/s/ Amber D. Ebanks
Special Assistant U.S. Attorney
District of Maryland
Aberdeen Proving Ground, MD
(443) 861-5263

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was delivered this 30th day of September 2025 to the Defense via DoD email.

Respectfully submitted,

BY:
/s/ Amber D. Ebanks
Special Assistant U.S. Attorney
District of Maryland
Aberdeen Proving Ground, MD
(443) 861-5263